**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **NES Health Services PC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-4129780** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **533 4th Ave** **Huntington, WV 25701** | **PO Box 156** **Tiburon, CA 94920** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Randolph** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | NES Health Services PC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **NES Health Services PC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor District | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **NES Health Services PC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2025**
MM / DD / YYYY

**X** **/s/ Allan H. Rappaport**                    **Allan H. Rappaport**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Robert E. Eggmann**                    Date **February 21, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Robert E. Eggmann 6203021**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 S. Central Ave., Suite 1800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone    **314-854-8600**        Email address    **ree@carmodymacdonald.com**

**6203021 IL**
Bar number and State

---

Debtor    **NES Health Services PC**                                         Case number *(if known)* _____
          Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **NES Health Services PC** | Case number (*if known*) | |
|--------|---------------------------|--------------------------|---|
| | Name | | |

| | | | | |
|--------|----|----|----|----|
| Debtor | **Emergency Medical Services of Lorain Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **HLES Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **HLES Ohio Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Lakes/National Emergency Physicians Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Medical Services of Rhode Island Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Medical Services of Suffolk County PC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **National Emergency Services District of Columbia Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **National Emergency Services West Virginia Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Administrative Services Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES America Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Arizona Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Central Louisiana Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Georgia Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Healthcare Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Healthcare LLC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Holdings Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Illinois Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Indiana Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Kentucky Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Louisiana Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Medical Services of New England Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Medical Services of New York PC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Medical Services of Northern Connecticut PC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Michigan Inc** | | Relationship to you | |
| District | | When | Case number, if known | |

Debtor  **NES Health Services PC**                                    Case number (*if known*) _____
        Name

| Debtor | **NES Minnesota Inc** | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | **NES Missouri Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES of Florida Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES of Sandusky Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES of Shelby Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Ohio Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Oklahoma Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Oregon Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Port Huron Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Rhode Island Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Southwest Medical Services Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Tennessee Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Washington Inc** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **NES Western Group PC** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Whitaker National Corporation** | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | **Whitaker Physician Billing Service Inc** | | Relationship to you | |
| District | | When | Case number, if known | |

## ADDENDUM TO FORM 201 VOLUNTARY PETITION
## PENDING BANKRUPTCY CASES ATTACHMENT

The Debtors in the *Form 201 Voluntary Petition Pending Bankruptcy Cases Attachment* all provided similar services to customers, and in some instances, some Debtors utilized the same financial and operational systems. However, not all Debtors meet the Code definition of "affiliates" of all other Debtors, although each Debtor is an affiliate of at least one other Debtor. As a result, many of the motions, hearings, and orders in these cases have the potential to affect each and every Debtor. Joint administration of these chapter 7 cases therefore will reduce fees and costs by avoiding duplicative filings, objections, notices, and hearings. Joint administration will also allow the United States Trustee for the Southern District of Illinois, Chapter 7 Trustee, and all other creditors and parties in interest to monitor these chapter 7 cases with greater ease and efficiency.

# United States Bankruptcy Court
## Southern District of Illinois

In re   **NES Health Services PC** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:   **February 21, 2025** _____        **/s/ Allan H. Rappaport** _____

**Allan H. Rappaport/President**
Signer/Title

Access One
Fort Mill, SC 29715


Accrue Solutions


Acrisure
Acrisure NY Trust
PO Box 24104
New York, NY 10087


Adam Hennessey DO
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Adam Levin
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Adil Roomi MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


ADP
One ADP Dr
Augusta, GA 30909


Ahmed Elmogy
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Alabama Department of Revenue
50 N Ripley St
Montgomery, AL 36132


Alexa Elitt
Saint Louis, MO 63108

Alice Hyde Medical Center
State of New York Dept of State
One Commerce Plaza
99 Washington Ave
Albany, NY 12231


Alissa Pascucci
Law Offices of Nicholas F Ortiz PC
One Boston Place Ste 2600
Boston, MA 02108


Alissa Pascucci
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Allan H Rappaport
Tiburon, CA 94920


Amanda Dorough DO
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Amanda Renschler
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


AMN Healthcare
12400 High Bluff Dr
San Diego, CA 92130


Amrit Khatrichettri PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Amundsen Davis
Attn AR Dept
150 N Michigan Ave Ste 3300
Chicago, IL 60601

Areeba Rehman PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102

Arizona Dept of Revenue
PO Box 29085
Phoenix, AZ 85038

Arizona Dept of Revenue
Attn Education and Compliance
Phoenix, AZ 85038

Armanino Advisory LLC
PO Box 744935
Los Angeles, CA 90074

Arnot Health
Ira Davenport Memorial Hospital
PO Box 60848
Bath, NY 14810

Ashley Smalling
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102

Ashley Thomann
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102

AT&T

Athena

AthenaHealth Inc
PO Box 415615
Boston, MA 02241

Atlas Physicians LLC
141 E Palace Ave 2nd Floor
Santa Fe, NM 87051


Atlas Physicians LLC
141 E Palace Ave 2nd Floor
Santa Fe, NM 87501


Bailey Buck
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Bank of America
PO Box 660441
Dallas, TX 75266


Barry Benzing PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Bassern Sous DO
77 Cottage St
Groton, CT 06340


Billy Beets
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Brandon Kuley MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Brendan P Owens Esq
One Cumberland Ave
Plattsburgh, NY 12901

Brendon Dye
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Brent Wright


Buchalter


Bull's Eye Solutions LLC
Huntington, WV 25701


Cabell County WV
Tax Serizure Unit B465023


Caitlin Szymanski
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Calli Dillard
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Candy Bernier
Law Offices of Nicholas F Ortiz PC
One Boston Place Ste 2600
Boston, MA 02108


Carlsbad Medical Center LLC
Attn Adelane Kelly
Carlsbad, NM 88220


Carly Muniz
Law Offices of Nicholas F Ortiz PC
One Boston Place Ste 2600
Boston, MA 02108

Castle Cable TV
PO Box 339
Hammond, NY 13646


Charles Black
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Charles D Bond
Rushville, IL 62681


Citizens Topsham Castle
Citizens Telephone Co
26 S Main St
Hammond, NY 13646


City of East Liverpool
East Liverpool Tax Dept
126 W 6th St
East Liverpool, OH 43920


Coast Professional Inc
PO Box 246
Geneseo, NY 14454


CollectRX
320 Cedar Bluff Rd Ste 300
Knoxville, TN 37923


Commonwealth of Massachusetts
Dept of Revenue
PO Box 7044
Boston, MA 02204


CompHealth
Midvale, UT 84047


Compton Office Machine Co
Lewisburg, WV 24901

Concur Technologies Inc
601 108th Ave NE Ste 1000
Bellevue, WA 98004


Consensus Cloud Solutions
Citizens Telephone Co
26 S Main St
Hammond, NY 13647


Consenus Cloud Solutions LLC
PO Box 51873
Los Angeles, CA 90051


Consilium Staffing LLC


Consilium Staffing LLC
Brown Fox PLLC
6303 Cowboys Way Ste 450
Frisco, TX 75034


Consilium Staffing LLC
Ste 300
Irving, TX 75038


Coosa Valley Medical Center
Sylacauga, AL 35150


Covernant Health Inc
Holland & Knight LLP
10 St James Ave
Boston, MA 02116


Cross Country Healthcare Inc
dba Cross Country Locums
6551 Park of Commerce Blvd
Boca Raton, FL 33487


Cross Country LOCUMS
6551 Park of Commerce Blvd
Boca Raton, FL 33487


Cyber Data Risk Managers LLC

Daniel O'Grady
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Daniel Sternberg MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


David Cataquet MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


David Peterson
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Day Kimball Healthcare
201 Chestnut Hill Rd
Putnam, CT 06260


Dean Otto MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Debra Campbell DO
320 Pomfret St
Putnam, CT 06281


Dennis Laird MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Dierdre Monahan PA-C
286 Searles Rd
Pomfret Center, CT 06259

DKH Medical Staff
Ste 800
Putnam, CT 06260


DocuSign Inc


Domenick Sciaruto
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Dylan Miller PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Eastern New Mexico Medical Center
47 State House Station
Roswell, NM 88201


Edison Energy
1201 K St Ste 1810
Sacramento, CA 95814


EdPhysician.com
Ste 300
Knoxville, TN 37919


Edward Fahy PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Edward McKenney MD


efax
700 S Flower St 15th Floor
Los Angeles, CA 90017


Elite Healthcare Advisors LLC

Elsener & Elsener LP
PO Box 32457
Sausalito, CA 94965


Emmanuel SaintJean MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Empower Trust Company LLC
PO Box 561148
Denver, CO 80256


Equian
Louisville, KY 40232


Evan Osterman DO
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Experian
Ellen Murillo, AR Team Lead
Corporate Ctr El Cafetal
Heredia, Costa Rica


FedEx
US Collections Dept
PO Box 371461
Pittsburgh, PA 15250


Fitzgerald Law
East Longmeadow, MA 01028


Florida Dept of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Francesco Corvi
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040

```
Frank M Magro DO
1194 Schneider Rd
Howe, TX 75459


Frank Magro
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Frank Margo DO
1194 Schneider Rd
Howe, TX 75459


Frontier
PO Box 740407
Cincinnati, OH 45274


Grace Magro
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Hall Booth Smith PC
Truist Bank
25 Park Place 13th Floor
Atlanta, GA 30303


Hannah Mallory PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Haresh K Motwani MD
7700 Forsyth Blvd Ste 1800
Saint Louis, MO 63105


Healthcare Holdings LLC
Romanowsky Law
64 Maple Ave
Morristown, NJ 07960
```

Hinckley Allen & Snyder LLP
28 State St
Boston, MA 02109

Holland & Hart
PO Box 17283
Denver, CO 80217

Holyoke Medical Center
575 Beach St
Holyoke, MA 01040

Horizon Blue Cross

Hot Graphics
Northwood, OH 43619

Hughes & Associates
Tiburon, CA 94920

Huntington Sanitary Board
PO Box 7098
Huntington, WV 25575

Huntington Sanitary Board
PO Box 7616
Charleston, WV 25356

Huntington Water Board
Huntington Sanitary Board
PO Box 616
Huntiington, WV 25575

Illinois Dept of Revenue
PO Box 19043
Springfield, IL 62794

Illinois Dept of Revenue
BK Unit Level 7-425
100 Randolph St
Chicago, IL 60601

Illinois Dept of Taxation
Illinois Dept of Revenue
PO Box 19006
Springfield, IL 62794


Image Solutions Plus
Huntington, WV 25701


Infor
641 Avenue of the Americas
New York, NY 10010


Infor US LLC


Ingenious Med
Ste 260
Atlanta, GA 30328


Intellivo
Memphis, TN 38119


Interim Physicians


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Ogden, UT 84201-0039


Internal Revenue Service
Ogden, UT 84201-0032


Internal Revenue Service
Ogden, UT 84201-0033

```
Internal Revenue Service
Philadelphia, PA 19255-0633



Internal Revenue Service
IRP
Philadelphia, PA 19255-0633


IPFS
LTC Insurance Services LLC
dba Westwood Insurance Group
1250 Linda St
OH 44160


IRA Davenport Memorial Hospital



Ira Davenport Memorial Hospital
PO Box 60848
Bath, NY 14810


Jacob Davis
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Jacob Finkle DO
c/o Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Jacqueline Harris
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


James Blakeman
Cape Law PC
2018 N St Ste 5754
Sacramento, CA 95816
```

James Caffrey DO
Bruce Armon
Centre Square West
1500 Mark et St 38th Floor
Philadelphia, PA 19102


James Frederick MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


James McKeehen
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


James Scliopou
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Janelle Jackson
Arvada, CO 80003


Jeff Van Wagner
Bonezzi Switzer Polito & Perry Co
1300 E 9th St Ste 1950
Cleveland, OH 44114


Jeff Van Wagner
Bonezzi Switzer Polito & Perry Co
1301 E 9th St Ste 1950
Cleveland, OH 44114


Jema's Janitorial
Porterville, CA 93257


Jeremy West
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102

Jeremy Zwillenberg DO
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Johnson Memorial Hospital Medical
Stafford Springs, CT 06076


Jordan Chanler-Berat
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Joseph Heron DO
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Joseph Russell
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Joshua Deslouches
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Joshua Silva
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


JR Blakeman LLC
Maywood, NJ 07607


Julie Chickering
Law Offices of Nicholas F Ortiz PC
One Boston Place Ste 2600
Boston, MA 02108

Jurgen Hall FNP ENP
33572 Globe Dr
Springville, CA 93265


Kaitlyn Tintera PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Kara Pouliot
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Keymark
Nelson Mullins Riley & Scarborough
1320 Main St 17th Floor
Columbia, SC 29201


Keymark
Liberty, SC 29657


Kincaid Frame & Associates Co


Kincaid Frame & Associates Co
PO Box 424
Cleveland, OH 44143


Kirk Smith
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Kirk Tomlinson
Romanowsky Law PC
64 Maple Ave
Morristown, NJ 07960


KnightHorst Shredding
PO Box 424
Brentwood, TN 37024

KPG Healthcare
Scottsdale, AZ 85251


KPG Healthcare
David L Prince Esq
1912 E Vernon Ave Ste 100
Los Angeles, CA 90058


Krista Ribera
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Kristine Fleming
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Landon Roser
Carson City, NV 89703


Larry Wolk
Romanowsky Law
64 Maple Ave
Morristown, NJ 07960


Laura Connor
State of New York Dept of State
One Commerce Plaza
99 Washington Ave
Albany, NY 12231


Leaf
One Commerce Squre
2005 Market St 14th Floor
Philadelphia, PA 19103


Leaf
Chase Weiss & Kehoe LLC
463 Livingston St Ste 102
Norwood, NJ 07648

Leaf
PO Box 5066
Hartford, CT 06102


Lexx Healthcare


Lindsey French
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Locum Physicians United Inc
Andrew Jackson State Office Bldg
Covington, LA 70433


Locumtenens.com
Greenberg Grant & Richards
PO Box 571811
Houston, TX 77257


Locumtenens.com LLC
Greenberg Grant & Richards
PO Box 571811
Houston, TX 77257


LogixHealth Inc


Lola Earley
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Louisiana Dept of Revenue
PO Box 4969
Baton Rouge, LA 70821


Louisiana Dept of Revenue
PO Box 201
Baton Rouge, LA 70821

Mae DeLaCalzada JeanLouie DO
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Mag Mutual
3535 Piedmont Rd NE Bldg 14-1000
Atlanta, GA 30305


Maggie Bacon
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Maggir Bacon
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Mansoor Zaidi
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Marcum Enterprises
dba Standard Surveillance & Securit
PO Box 9041
Huntington, WV 25704


Maria Chirino MS
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Marin County Tax Collector
San Rafael, CA 94913


Martin Trpis


Massmailer Inc
Dover, DE 19901

Matthew Heard MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Matthew McClellan DO
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Matthew Teter
dba Teter Solutions
6513 132nd Ave Ste 338
Kirkland, WA 98033


Mcdaniel Electric Inc
Huntington, WV 25701


Medical Service Solutions LLC
Romanowsky Law
64 Maple Ave
Morristown, NJ 07960


MediMobile
1918 Leander Rd
Georgetown, TX 78628


MediMobile
1918 Leander Rd
78628


Medlytix
Roswell, GA 30076


Mel Currie
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040

Melissa Knox
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Merlock LLC
Tiburon, CA 94920


MetLife
Metropolitan Life Insurance Co
18210 Crane Nest Dr
Tampa, FL 33647


MetLife
PO Box 80446
Kansas City, MO 64180


Metropolitan Life Insurance Co
1900 Sullivan Ave
Kansas City, MO 64180


Michael Glen Cranford
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Michael Stanford MD
3618 Clairmont Ave
Birmingham, AL 35222


Michelle H Badolato
Stradley Ronon Stevns & Young LLP
457 Haddonfield Rd Ste 100
Cherry Hill, NJ 08002


Midcap Funding IV Trust
7255 Woodmont Ave Ate 300
Bethesda, MD 20814


Morgan Walkup
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102

Mountaineer Gas Co
PO Box 1003
Charleston, WV 25324


Nailah K Byrd, Clerk of Courts
Cleveland, OH 44113


Natalie Peters
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Nathaniel Hollister
Las Vegas, NV 89108


Neil Auguste
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Nicholas F Ortiz
Law Offices of Nicholas F Ortiz PC
One Boston Place Ste 2600
Boston, MA 02108


Nick Nelson PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Nippon Life Benefits
Nippon Life Insurance Co of America
PO Box 25951
Overland Park, KS 66225


Nippon Life Benefits
Chicago, IL 60693


NM Taxation and Revenue Dept
PO Box 25128
Santa Fe, NM 87504

Northwest Texas Healthcare System
Timothy P Ribelin
111 Congress Ave Ste 1400
Austin, TX 78701


Northwest Texas Healthcare System
Husch Blackwell LLP
111 Congress Ave Ste 1400
Austin, TX 78701


NY State Dept of Taxation & Finance


NY State Dept Taxation and Finance
W A Harriman Campus
Albany, NY 12227-0001


Ohio Dept of Tax
Office of Ohio Attorney General
Collections Enforcement Section
30 E Broad St 14th Floor
Columbus, OH 43215


Oklahoma Tax Commission
Oklahoma City, OK 73194


Omega Healthcare
Dallas, TX 75266


Onna Konicek MD


Palm Occupational Medicine
Visalia, CA 93277


Patricia Pamy MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102

PeaceHealth System CVO
Vancouver, WA 98683


Pendrick Capital Partners LLC
PO Drawer 1767
Dallas, TX 75240


Phaniram Sumanam MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Pinpoint
PracticeMatch
PO Box 783755
Philadelphia, PA 19178


Pitney Bowes
PO Box 981022
Boston, MA 02298


Pitney Bowes Bank Inc Reserve
Boston, MA 02298


Pomerantz Sherman LLC
Saint Louis, MO 63105


Porter Banks Bladwin & Shaw PLLC
Paintsville, KY 41240


PracticeMatch
Philadelphia, PA 19178


PrimePay
1487 Dunwoody Dr
West Chester, PA 19380

Pro Assurance
Claims Lockbox
PO Box 809316
Chicago, IL 60680


Qgenda
Atlanta, GA 30305


Qvera
265 N Main Ste D140
Kaysville, UT 84037


Rafik Kanna MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Rainey Raimonde
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Rebecca Ladyka PA-C
1362 Thompson Rd
Thompson, CT 06277


RevSpring
Chicago, IL 60673


River Hospital Medical Staff
Alexandria Bay, NY 13607


Riverdale Claims Management LLC
Rocky River, OH 44116


Robert Carroll MD
RC Medical Services PLLC
60 Portage Crossing
Farmington, CT 06032

Robert Gnat
State of CA Dept of Industrial Rel
Labor Commissioner's Office
50 D St Ste 360
Santa Rosa, CA 95404


Robert Lueken MD
Gallagher & Kennedy
2575 E Camelback Rd
Phoenix, AZ 85016


Roswell Hospital Corp
dba Eastern New Mexico Medial Ctr
and Carlsbad Medical Center
221 N Kansas Ste 1700
El Paso, TX 79901


Russell Medical Center
Alexander City, AL 35010


Ryan R Ludlow
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Ryan Taylor DO
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


SalesForce
SalesForce Tower
415 Misson St 3rd Floor
San Francisco, CA 94105


Sam Mathews MD
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102

Samantha Barcome
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Sandra Boyd PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Scott Fiorini PA
Bruce Armon
Centre Square West
1500 Market St 38th Floor
Philadelphia, PA 19102


Segra
PO Box 1068
Waynesboro, VA 22980


Sentry Fire Protection
Wayne, WV 25570


Seton Medical Center
Daly City, CA 94015


Skye Brazille
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Spurlock Flowers
526 29th St
PO Box 3087
Huntington, WV 25702


St Joseph Healthcare
111 Central Ave
Bangor, ME 04401


St Joseph Hospital
Ste 800
Nashua, NH 03060

St Michael Medical Staff


Staples
Philadelphia, PA 19176


State of Alabama
Dept of Labor
649 Monroe St
Montgomery, AL 36131


State of Illinois
Illinois Dept of Revenue
PO Box 19006
Springfield, IL 62794


State of Louisiana
Workforce Commission
PO Box 94050
Baton Rouge, LA 70804


State of Tennessee
500 Deaderick St
Abdrew Jackson State Office Bldg
Nashville, TN 37242


State of Tennessee
Tennessee Dept of Revenue
500 Deaderick St
Andrew Jackson State Office Bldg
Nashville, TN 37242


State of Tennessee
500 Deaderick St
Andrew Jackson State Office Bldg
Nashville, TN 37242


State of West Virginia
PO Box 2745
Charleston, WV 25330


State of West Virginia
Tax Processing Unit
PO Box 2745
Charleston, WV 25330

Steven Hinshaw
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


Steven Wexler



Steven Wexler
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Suburban Community Hospital



Summer Health Partners



Susanita Carvajat
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Susanita McNabb
Law Offices of Nicholas F Ortiz PC
One Boston Place Ste 2600
Boston, MA 02108


Sycamore Physician Contracting
Florence, AL 35630



Syed Ali MD
Bruce Armon
Centre Square West
1500 Market 38th Floor
Philadelphia, PA 19102


Sympl
33073 Collection Center Dr
Chicago, IL 60693

Symplr
Houston, TX 77002


Tabita Nave
McAfee & Taft
Two Leadership Square 8th Floor
211 N Robinson
Oklahoma City, OK 73102


The Hartford
PO Box 660916
Dallas, TX 75266


The Sylacauga Health Care Authority
dba Coosa Valley Medical Center
1901 Sixth Ave N Ste 1400
Birmingham, AL 35203


Theresa R Lueken
1250 Broadway
Bullhead City, AZ 86429


Timothy Winston Jolis
118 Granada Dr
Corte Madera, CA 94925


Tor Krogius
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Trans Perfect Remote Interpreting
Attn Accounts Receivable
1250 Broadway 32nd Floor
New York, NY 10001


Tucker Law Group
PO Box 696
Bangor, ME 04402


Ubeo Business Services
Los Angeles, CA 90030

US Bank Equipment Finance
Saint Louis, MO 63179


Uyi-Oghosa Idemudia MD
Wesley Chapel, FL 33545


Vacpro
Tiburon, CA 94920


Vanessa Brown
2 Water St Ste 590
Guilford, CT 06437


Varney Garage Doors Inc
Barboursville, WV 25504


Veerasikku Bommiasamy


Verizon
PO Box 15043
Albany, NY 12212


Victoria Lewis Holland
Law Office of Deming Parker
2200 Century Pkwy NE Ste 800
Atlanta, GA 30345


Virginia Tax
PO Box 1115
Richmond, VA 23218


VVC Holding LLC
PO Box 840952
Dallas, TX 75284


Weatherby Locums
Midvale, UT 84047

Wells Fargo Financial Leasing Inc
PO Box 77096
Minneapolis, MN 55480


Wells Fargo Financial Leasing Inc
150 N Michigan Ave Ste 3300
Minneapolis, MN 55480


Wen Hsu
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


West Virginia American Water
PO Box 371880
Pittsburgh, PA 15250


WFB
Wells Fargo Financila Leasing Inc
PO Box 77096
Minneapolis, MN 55480


Whitaker Properties
172 Kinsley St
Lees Summit, MO 64081


William Simon
Holyoke Medical Center
575 Beach St
Holyoke, MA 01040


Woltera Kluwer (CT Corpo)
PO Box 4349
Carol Stream, IL 60197


Xcel Energy
PO Box 660553
Dallas, TX 75266

# United States Bankruptcy Court
## Southern District of Illinois

In re   **NES Health Services PC** _____   Case No. _____

Debtor(s)                                          Chapter    **7** _____

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **NES Health Services PC** (the "Debtor") pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as

follows:

1.        All corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests are listed

below:

**Owner**                                              **% of Shares Owned**
**Allan H. Rappaport**                                  100

By: _____
    **Robert E. Eggmann 6203021**

    Counsel for NES Health Services PC